UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COLUMBIA CASUALTY COMPANY | ) ) ) | Case Number:  1:14 cv-00048-AJN |
| Plaintiff, | ) ) ) | |
| NEIGHBORHOOD RISK MANAGEMENT CORPORATION | ) ) ) ) | |
| Defendant, | ) ) ) | |
| _____ | ) | |

**COLUMBIA CASUALTY COMPANY'S**
**MASTER INDEX OF EXHIBITS**
**IN SUPPORT OF SUMMARY JUDGMENT, OR IN THE ALTERNATIVE,**
**PARTIAL SUMMARY JUDGMENT**

NOW COMES Plaintiff Columbia Casualty Company ("Columbia Casualty"), hereby serves this Master Index of Exhibits in support of its motion for summary judgment, or in the alternative, partial summary judgment, as follows:

| Exhibit Tab | Exhibit Description | Foundational Support |
|---|---|---|
| A | First Amended Complaint | Request for Judicial Notice |
| B | Answer to First Amended Complaint | Request for Judicial Notice |
| C | NRMC's Response To Requests for Admissions, Set One | Affidavit of Lisa A. Wilson |
| D | Excerpts from deposition of Jonathan Rosen | Affidavit of Lisa A. Wilson |
| E | Excerpts from deposition of Harold Nassau | Affidavit of Lisa A. Wilson |
| F | Excerpts from deposition of Albert | Affidavit of Lisa A.  Wilson |

| Exhibit Tab | Exhibit Description | Foundational Support |
|---|---|---|
| | Shapiro | |
| G | Excerpts from deposition of Gale Smith | Affidavit of Lisa A. Wilson |
| H | Excerpts from deposition of Joyce Kutz | Affidavit of Lisa A. Wilson |
| I | Excerpts from deposition of Deborah Aschheim, 30(b)(6) witness for NRMC | Affidavit of Lisa A. Wilson |
| J | Excerpts from deposition of Mary Beth Foster | Affidavit of Lisa A. Wilson |
| K | Self-Insured Retention Endorsement | Affidavit of Lisa A. Wilson |
| L | Original Buyout Endorsement | Affidavit of Lisa A. Wilson |
| M | Revised Buyout Endorsement | Affidavit of Lisa A. Wilson |
| N | Email Written By Albert Shapiro dated April 8, 2010 | Affidavit of Lisa A. Wilson |
| O | Email Written By Albert Shapiro dated August 7, 2013 | Affidavit of Lisa A. Wilson |
| P | Excerpts from the deposition of Marcy Talton | Affidavit of Lisa A. Wilson |
| Q | Email Written By Albert Shapiro dated July 22, 2013 | Affidavit of Lisa A. Wilson |

Dated:  September 12, 2015
         Chicago, Illinois

Respectfully submitted,

COLLIAU, CARLUCCIO, KEENER,
MORROW, PETERSON & PARSONS

/s/ Lisa A. Wilson

_____

Lisa A. Wilson (7286) (*Pro Hac Vice*)

California State Bar Number 190392
Illinois State Bar Number 6302128
333 South Wabash Avenue, 25th Floor
Chicago, Illinois 60604
312 822-4241(direct)
312 817-2486 (fax)
Attorneys for Plaintiff/Counter-defendant
Columbia Casualty Company